# Jeffrey A. Rothman
Attorney at Law
315 Broadway, Suite 200
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

November 15, 2017

<u>By ECF And By Fax To (212) 805-7927 (this page only)</u>
The Honorable Naomi Reice Buchwald
United States District Court Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: <u>Santos and Santos v. City of New York, et al.</u>; 17 Civ. 1732 (NRB) (RLE)

Dear Judge Buchwald:

  I am counsel for Plaintiff in the above-captioned action, and write - jointly with opposing counsel, Evan Brustein, Esq. - to respectfully request that Your Honor issue an order of reference to a Magistrate Judge[1] for a settlement conference in this action. The parties have been engaged in settlement negotiations, and feel at this juncture that a Magistrate Judge could be of significant assistance to the parties.

  The parties also jointly respectfully request that the current briefing schedule (docket # 24) for the Defendants' anticipated motion to dismiss be held in abeyance until after the parties exhaust settlement efforts with the Magistrate Judge, to avoid a potentially unnecessary expenditure of time, and so that their efforts can be spent on attempting to reach a mutually agreeable resolution of this matter. There are no other deadlines currently in effect in this case.

  We thank the Court for its consideration in this matter.

                 Respectfully submitted,

                     /S/

                 Jeffrey A. Rothman
                 Attorney for Plaintiff

                 Evan Brustein
                 Attorney for Defendants

---

[1] Magistrate Judge Ellis was originally assigned to this case.